IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD C. REIFINGER, JR.

v.  C.A. NO. 12-3671

PARKLAND AREA SCHOOL DISTRICT

FILED
MAR 28 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 28th day of March, 2014, upon consideration of the Defendant's Motion for Summary Judgment and the response thereto, it is hereby ORDERED that the Motion [Doc. 11] is GRANTED.

It is further ORDERED that judgment is ENTERED in favor of the defendant Parkland Area School District and against plaintiff Donald C. Reifinger, Jr. on all of plaintiff's claims.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.